# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karain NKENGIN TATSOPTEU,<br><br>Petitioner,<br><br>v.<br><br>Christopher LaROSE,<br><br>Respondent. | Case No.:  26-cv-2646-AGS-VET<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING A BOND HEARING** |

Petitioner Karain Tatsopteu seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 4, at 1–2.) Given respondents' concession, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 19, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 5, 2026

_____
Hon. Andrew G. Schopler
United States District Judge